IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *GABRIEL BROWN and IVAN BROWN,* | ) | Docket Number: 20 cv 4579 |
| Plaintiffs, | ) | |
| | ) | District Judge: Robert Dow, Jr. |
| *v.* | ) | |
| | ) | Magistrate Judge: Jeffrey Cumming |
| *CACH, L.L.C., UNIFIN, INC., and* | ) | |
| *SUBSCRIBER TO* | ) | |
| *TELEPHONE NUMBER (515) 705-2053,* | ) | |
| Defendants. | ) | |

**PARTIES' INITIAL JOINT STATUS REPORT**

Pursuant to this Honorable Court's order (ECF 12), the parties respectfully submit their Initial Joint Status Report as follows:

A. The Plaintiffs are represented by:
Paúl Camarena
500 So. Clinton, No. 132
Chicago, IL 60607
paulcamarena@paulcamarena.com
(312) 493-7494

Defendant CACH, LLC is represented by:

| | |
|---|---|
| Nabil Foster | Lindsey Conley |
| Barron & Newburger PC | Hinshaw & Culbertson LLP |
| 701 Main, No. 6369 | 151 North Franklin, No. 2500 |
| Evanston, IL 60204 | Chicago, IL 60606 |
| nfoster@bn-lawyers.com | lconley@hinshawlaw.com |
| (312) 767-5750 | (312) 704-3000 |

B. The basis for federal jurisdiction is 28 U.S.C. § 1331, because Counts 1, 4, and 5 arise under the laws of the United States. Another basis for federal jurisdiction is 28 U.S.C. § 1367(a) because Counts 2 and 3 form part of the same controversy as the Counts that arise under the laws of the United States. Subject to Defendant CACH's affirmative defenses, Defendant CACH is not challenging jurisdiction or venue.

C. Plaintiff Brown, a debtor, asserts that the debtor's counsel asked Defendant CACH's debt collector to cease communicating with the debtor, and that Defendant CACH then switched debt collectors to evade a statutory prohibition on communicating with the debtor. Plaintiffs further allege that Defendant CACH's new debt collector contacted Plaintiff, but refused to identify itself, in violation of the Fair Debt Collection Practices

        Act.

D.       Plaintiffs have not served Defendant Subscriber to Telephone number (515) 705-2053. Plaintiffs do not know this Defendant's identify, but Plaintiffs asserts that this Defendant was an agent of Defendant CACH.

E. & F

       The principal factual and legal issues with respect to Defendant CACH are whether Defendant CACH switched debt collectors to evade a statutory prohibition on communicating with a debtor and whether such conduct would violate the Illinois Consumer Fraud and Deceptive Business Practices Act.

       The principal factual and legal issues with respect to Defendant Subscriber to Telephone number (515) 705-2053 is whether this Defendant failed to identify itself and whether such conduct would violate the federal Fair Debt Collection Practices Act.

       Another factual issue is whether the Plaintiff sustained any damage or injury.

G.       The Plaintiff demands a jury trial.

H.       The parties have not yet engaged in any discovery. Plaintiff proposes the following discovery deadline dates and Defendant's counsel acknowledges these dates are acceptable:

| | |
|---|---|
| Written discovery first issue date: | 10/01/20; |
| Fact discovery completion date: | 02/01/21; |
| Expert discovery completion: | 03/01/21; |
| Dispositive motions due date: | 04/01/21. |

I.       Plaintiffs submit that the earliest date the parties would be ready for trial is 06/01/21 and that a trial would run for 1 to 2 days. Defendant's counsel acknowledges this trial date and length of trial is acceptable.

J.       Plaintiffs consent to proceeding before a Magistrate Judge. Defendant CACH also consents to proceed before the Magistrate Judge.

K.       The Plaintiff has reached a settlement with one of the defendants, Unifin Inc. A notice of settlement with Unifin was filed with the Court and the parties are working on finalizing the settlement papers. A settlement discussion with CACH has started. No other settlement discussion has occurred.

L.       The parties do not request a settlement conference at this time.

        Respectfully submitted,
        Plaintiff's, Gabriel Brown and Ivan Brown's, Counsel
        North & Sedgwick, L.L.C.

by:     <u>*/s/ Paúl Camarena*             .</u>
            Paúl Camarena, Esq.
            500 So. Clinton, No. 132
            Chicago, IL 60607
            (312) 493-7494
            paulcamarena@paulcamarena.com